STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

August 20, 2024

Hon. Miroslav Lovric
United States Magistrate Judge
15 Henry Street
Binghamton, New York 13901

    Re:    *Min v. State University of New York at Albany, et al.*
              1:23-CV-1201 (TJM/ML)

Dear Judge Lovric:

    Please accept this letter as a joint letter request from the parties regarding the above-referenced matter. The discovery deadline is currently calendared for November 22, 2024, and the dispositive motion deadline is calendared for January 22, 2025 (ECF No. 41).

    The parties respectfully request that the Court extend the discovery and dispositive motion deadlines by 90 days, to allow both parties to fully respond to Rule 33 and Rule 34 demands and complete depositions. Additionally, plaintiff may retain one or more experts to support his claims. Consequently, the parties respectfully request that the Court schedule expert disclosure deadlines for both parties according to the following schedule: plaintiff's expert disclosure deadline 90 days prior to the close of discovery, defendants' expert disclosure deadline 45 days prior to the close of discovery, and a rebuttal expert disclosure deadline 30 days prior to the close of discovery.

                                                  Respectfully,

                                                  /s / *Aimee Cowan*
                                                  Aimee Cowan, Esq.
                                                  Assistant Attorney General

cc:    Barry Coburn, Esq., *via CM/ECF*