

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

November 29, 2024

Hon. Miroslav Lovric
United States Magistrate Judge
15 Henry Street
Binghamton, New York 13901

   Re: *Min v. State University of New York at Albany, et al.*
     1:23-CV-1201 (TJM/ML)

Dear Judge Lovric:

   In accordance with the Court's Text Order (ECF No. 46), please accept this letter as the parties' joint status report.

   To date, defendants have forwarded responses to plaintiff's interrogatories and document demands. Plaintiff's responses to defendants' demands will be forthcoming soon. The parties intend to schedule and complete depositions in the next eight to twelve weeks.

       Respectfully,

       /s / *Aimee Cowan*

       Aimee Cowan, Esq.
       Assistant Attorney General

cc:  Barry Coburn, Esq., via *CM/ECF*